## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LOCAL 25 S.E.I.U. WELFARE FUND, LOCAL 25 S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST, Plaintiff<br>-v-<br>MIDWEST ENVIRONMENTAL SERVICES  GROUP, INC., an Illinois Corp., Defendant. | FILED: JUNE 02, 2008<br>08CV3176          TC<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

## LOCAL 25 S.E.I.U. WELFARE FUND and LOCAL 25 S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST

| | |
|---|---|
| **NAME (Type or print)**<br>ROBERT B. GREENBERG | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Robert B. Greenberg | |
| **FIRM**<br>ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| **STREET ADDRESS**<br>200 West Jackson Boulevard, Suite 1900 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois  60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>01047558 | **TELEPHONE NUMBER**<br>312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |