THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 25 S.E.I.U. WELFARE FUND, <br> LOCAL 25 S.E.I.U. & PARTICIPATING <br> EMPLOYERS PENSION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST ENVIRONMENTAL SERVICES <br> GROUP, INC., an Illinois Corp., <br><br> Defendant. | NO. 08C 3176 <br><br> Judge Der-Yeghiayan <br><br> Mag. Judge Nolan |

## JOINT JURISDICTIONAL STATUS REPORT

**I.     SUBJECT MATTER JURISDICTION.**

The Plaintiffs' action is brought pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1132(g)(2), (a)(3), and 1145. *Defendant is not contesting jurisdiction.

**II.    VENUE (PLAINTIFFS' POSITION).**

Venue lies in this jurisdiction pursuant to §502(e)(1) and 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(1) and (e)(2), which provide, in relevant part, that:

> Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found.

In the instant case, the Fund office is located in the Northern District of Illinois, and Defendant's principal place of business is likewise located in the Northern District of Illinois.

| | |
|---|---|
| /s/ Robert B. Greenberg | /s/ Steven H. Adelman |
| Asher, Gittler, Greenfield & D'Alba, Ltd. | Locke, Lord, Bissell & Liddell, LLP |
| 200 West Jackson Boulevard | 111 South Wacker Drive, 43rd Floor |
| Suite 1900 | Chicago, Illinois 60606-4410 |
| Chicago, Illinois 60606 | (312) 443-0336 |
| (312) 263-1500 | |
| IL ARDC#: 01047558 | |

Dated: July 28, 2008

-3-

**CERTIFICATE OF SERVICE**

 Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

       /s/ Robert B. Greenberg
       Asher, Gittler, Greenfield & D'Alba, Ltd.
       200 West Jackson Boulevard
       Suite 1900
       Chicago, Illinois 60606
       (312) 263-1500
       IL ARDC#: 01047558

Dated: July 28, 2008