UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Local 25 S.E.I.U. Welfare Fund, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−03176
                                        Honorable Samuel
                                        Der−Yeghiayan

Midwest Environmental Services Group, Inc.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held on 08/05/08. The parties advised the Court in their joint status report that they agree to consent to proceed before the Designated Magistrate Judge. The parties are directed to submit the appropriate joint consent form to this Court's Courtroom Deputy by 08/08/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.