UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this court an attorney must either be a member in good standing of this court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

**In the Matter of**

**LOCAL 25 S.E.I.U. WELFARE FUND,**
**LOCAL 25 S.E.I.U. & PARTICIPATING**
**EMPLOYERS PENSION TRUST,**

      **Plaintiff,**
  v.
**MIDWEST ENVIRONMENTAL SERVICES**
**GROUP, INC., an Illinois Corporation,**

      **Defendant.**

**Case No.: 08 C 3176**

**Judge Der-Yeghiayan**
**Magistrate Judge Nolan**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**MIDWEST ENVIRONMENTAL SERVICES GROUP, INC.**

| | |
|---|---|
| SIGNATURE | /s/ Kathryn Montgomery Moran |
| FIRM | Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS | 111 South Wacker Drive, Suite 4300 |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06194244 | (312) 443-1749 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES _____     NO __X__ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES _____     NO __X__ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES __X__     NO _____ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY:  YES __X__  NO _____ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL _____          APPOINTED COUNSEL _____ |