UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this court an attorney must either be a member in good standing of this court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

**In the Matter of**

**LOCAL 25 S.E.I.U. WELFARE FUND,**
**LOCAL 25 S.E.I.U. & PARTICIPATING**
**EMPLOYERS PENSION TRUST,**

      **Plaintiff,**
  v.

**MIDWEST ENVIRONMENTAL SERVICES**
**GROUP, INC., an Illinois Corporation,**

      **Defendant.**

**Case No.:  08 C 3176**

**Judge Der-Yeghiayan**
**Magistrate Judge Nolan**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**MIDWEST ENVIRONMENTAL SERVICES GROUP, INC.**

| | |
|---|---|
| SIGNATURE | /s/ Erin R. Peterson |
| FIRM | Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS | 111 South Wacker Drive, Suite 4300 |
| CITY/STATE/ZIP | Chicago, Illinois  60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>06290448 | TELEPHONE NUMBER<br><br>(312) 443-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?           YES _____       NO __X___ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES _____       NO __X___ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES _____       NO __X___ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY:  YES __X___  NO _____ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  _____            APPOINTED COUNSEL  _____ ||