THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 25 S.E.I.U. WELFARE FUND, ) | | |
| LOCAL 25 S.E.I.U. & PARTICIPATING ) | | |
| EMPLOYERS PENSION TRUST, ) | | |
| ) | | |
| Plaintiffs, ) | NO. 08C 3176 | |
| ) | | |
| v. ) | Judge Der-Yeghiayan | |
| ) | | |
| MIDWEST ENVIRONMENTAL SERVICES ) | Mag. Judge Nolan | |
| GROUP, INC., an Illinois Corp., ) | | |
| ) | Citation Return (5/25/11) | |
| Defendant, ) | | |
| and ) | | |
| ) | | |
| JP MORGAN CHASE BANK, ) | | |
| ) | | |
| Citee. ) | | |

## MOTION FOR JUDGMENT ON CITATION ANSWER

NOW COME the Plaintiffs, LOCAL NO. 25, SEIU WELFARE FUND, et al., by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $2,896.12 in favor of Plaintiffs and against Citee, JP MORGAN CHASE BANK, pursuant to Citee's answer to Plaintiffs' Citation to Discover Assets, attached hereto as Exhibit 1, and further to order Citee to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

                                                  /s/ Robert B. Greenberg
                                                  Asher, Gittler & D'Alba, Ltd.
                                                  200 West Jackson Boulevard, Suite 1900
                                                  Chicago, Illinois 60606
                                                  (312) 263-1500
                                                  Fax: (312) 263-1520
                                                  rbg@ulaw.com
                                                  IL ARDC#:  01047558

Dated:  May 9, 2011